1997)). Movant filed an amended motion under Rule 29.15 for post-conviction relief that the motion court denied. Movant appeals from the denial of his 29.15 motion. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

(Commission's) award affirming the Administrative Law Judge's (ALJ's) denial of compensation. Commission adopted the ALJ's findings that Mueller did not establish medical causation by a reasonable probability and that Mueller did not establish by a reasonable probability that his back condition is work related. We affirm.

We have reviewed the briefs of the parties and the legal file and find that no error of law appears. Because an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).

**Mark MUELLER, Appellant,**

v.

**LARRY JACOBS CONSTRUCTION COMPANY, Respondent.**

**No. 73825.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 1, 1998.

**Diane and Samantha GERING, a minor, and through her next friend, Diane Gering, Respondents,**

v.

**Scott and Linda WALCOTT, Appellants.**

**No. WD 54858.**

Missouri Court of Appeals,
Western District.

Sept. 15, 1998.

James E. Lownsdale, Bradenburg & Lownsdale, St. Louis, for Appellant.

Thomas Bell, Michael C. Margherio, Amelung, Wulff & Willenbrock, P.C., St. Louis, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Mark Mueller (Mueller) appeals from the Labor and Industrial Relations Commission's